# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

4:13CR00329-19-BSM

JESSIE ROBINSON

## ORDER

The Court determined that a transcript was necessary in this case and requested it be transcribed. The Clerk of the Court shall issue a check to Robin Warbritton in the amount of $201.45 for preparation of the transcript submitted on December 2, 2013.

IT IS SO ORDERED this 10th day of December 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE